John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA  92101
Tel.:  (858) 209-6941
jnelson@milberg.com

*Additional Counsel on Signature Page*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE I and JANE DOE II, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>    v.<br><br>DAVITA, INC.,<br><br>            Defendant. | Case No. 3:23-cv-01424-AJB-BLM<br><br>**STIPULATION OF DISMISSAL**<br><br>Assigned to the Hon. Anthony J. Battaglia<br><br>Action Filed:      June 16, 2023<br>Removal Filed:   August 3, 2024 |

The parties, by and through their counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"). This stipulation of dismissal shall not affect the claims of any other putative class members as no class has been certified and this voluntary dismissal

- 1 -

dismisses the class action allegations without prejudice. Each party shall bear its own fees and costs.

Dated: July 2, 2024

Dated: July 2, 2024

/s/ John J. Nelson

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA  92101
Tel.:   (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiffs and the Classes*

/s/ Anne M. Voigts

Anne M. Voigts (SBN 220783)
**KING & SPALDING, LLP**
601 S. California Avenue, Suite 100
Palo Alto, CA 94304
Tel.: (650) 422-6700
Fax: (650) 422-6800
avoigts@kslaw.com

David L. Balser (*pro hac vice*)
dbalser@kslaw.com
Robert D. Griest (*pro hac vice*)
rgriest@kslaw.com
**KING & SPALDING, LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Tel.: (404) 572-4600
Fax: (404) 542-5100

*Attorneys for Defendant DaVita, Inc.*

### ATTESTATION REGARDING SIGNATURES

I, John J. Nelson, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 2, 2024

/s/ John J. Nelson
John J. Nelson (SBN 317598)